NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                      Case No. 5:22-cr-35-2

Joel Ivan Caquias Aviles

TAKE NOTICE that the above-entitled case has been scheduled at 2:30 PM on Tuesday, June 28, 2022, in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge for a Change of Plea Hearing.

Location: Main Courtroom                                 JEFFREY S. EATON, Clerk

                                                                           By: *Pamela J. Lane*
                                                                           6/23/2022

TO:

Jonathan Ophardt, AUSA

Devin McLaughlin, Esq.

Sunnie Donath, Court Reporter